UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 05-10558RWZ

Thomas V. McCafferty,
as father and next friend of
Brynn S. McCafferty, a minor,
    Plaintiff

vs.

Lowe's Companies Inc., a.k.a.
Lowe's Home Centers, Inc.
    Defendant

## CERTIFICATION PURSUANT TO L.R. 16 1(D)(3)

I, Bradford N. Louison, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

_____    _____
Thomas V. McCafferty                               Bradford N. Louison

## CERTIFICATE OF SERVICE

I, Bradford N. Louison, hereby certify that on the 8th day of April, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Thomas C. Federico, Morrison Mahoney, LLP, 250 Summer St., Boston, MA 02210.

_____
Bradford N. Louison