**MERRICK, LOUISON & COSTELLO, LLP**
ATTORNEYS AT LAW
67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklc.com

August 11, 2005

Clerk- Civil Section
United States District Court
One Courthouse Way
Boston, MA 02110

Re: **Thomas V. McCafferty, as father and next friend of Brynn S. McCafferty, a Minor, v. Lowe's Home Centers, Inc.**
**US District Court Civil Action No: 05-10558RWZ**

Dear Sir/ Madam:

    The above-captioned case was removed by the defendant to the U.S. District Court on or about March of 2005. If possible, would you kindly schedule the matter for an initial scheduling conference.

Very truly yours,

Bradford N. Louison

BNL/mob

cc: Thomas C. Federico, Esquire