UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05CV10558

THOMAS V. MCCAFFERTY,　　　　　　　　)
as father and next of friend of　　　　　　　　)
BRYNN S. MCCAFFERTY, a minor,　　　　)
　　　　　　Plaintiff,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
LOWE'S HOME CENTERS, INC.,　　　　　　)
　　　　　　Defendant.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)

## CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Local Rule 7.3(A), the defendant, Lowe's Home Centers, Inc., identifies the following:

1. Lowe's Companies, Inc. is the parent corporation of Lowe's Home Centers, Inc.

2. Lowe's Companies, Inc. is a publicly held company that owns 10% or more of Lowe's Home Centers, Inc.'s stock.

Respectfully Submitted By,

Counsel for Defendant,
Lowe's Home Centers, Inc.

/s/ Jacy L. Wilson

_____
Thomas C. Federico, BBO # 160830
Jacy L. Wilson, BBO # 658923
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Dated: August 19, 2005

950292v1