UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05CV10558

THOMAS V. MCCAFFERTY, )
as father and next of friend of )
BRYNN S. MCCAFFERTY, a minor, )
    Plaintiff, )
)
v. )
)
LOWE'S HOME CENTERS, INC., )
    Defendant. )

## CERTIFICATION OF THE DEFENDANT, LOWE'S HOME CENTERS, INC., PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), it is hereby affirmed that we have conferred for the purpose of:

  a. Establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

  b. Considering the resolution of the litigation through the use of alternative dispute resolution programs.

Defendant, Lowe's Home Centers, Inc.

_____
Authorized Representative: Walt Williams

950282v1

Respectfully Submitted By,

Counsel for Defendant,
Lowe's Home Centers, Inc.

*/s/ Jacy L. Wilson*

_____
Thomas C. Federico, BBO # 160830
Jacy L. Wilson, BBO # 658923
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

Dated:  August 19, 2005

950282v1