UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05CV10558

THOMAS V. MCCAFFERTY, )
as father and next of friend of )
BRYNN S. MCCAFFERTY, a minor, )
        Plaintiff, )
 )
v. )
 )
LOWE'S HOME CENTERS, INC., )
        Defendant. )
 )

**STIPULATION OF DISMISSAL OF ACTION PURSUANT TO RULE 41(a)(1)(ii)**

The plaintiff, Thomas V. McCafferty, As father and next friend of Brynn S. McCafferty, a minor, and the defendant, Lowe's Home Centers, Inc., pursuant to Rule 41(a)(1) (ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims against it be dismissed with prejudice, without costs or attorney's fees, and without right of appeal.

Attorney for Plaintiff,
Thomas V. McCafferty, As father and next
friend of Brynn S. McCafferty, a minor,

_____
Bradford N. Louison, Esquire
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

Attorney for Defendant,
Lowe's Home Centers, Inc.

_____
Thomas C. Federico, BBO# 16083
Jacy L. Wilson, BBO # 658923
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

I certify that this document has been
served upon all counsel of record in
compliance with the F.R.C.P.

964134v1